UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————————————

MELINDIA JACKSON,

                       Plaintiff,                           Case No. 1:15cv561

v.                                           Hon. Robert J. Jonker

UNITED STATES DEPARTMENT OF AGRICULTURE,

                       Defendant.

——————————————————————————/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 29, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed January 29, 2016, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that defendant's motion to dismiss (docket #10) is **GRANTED** and plaintiff's motion for relief (docket #13) is **DENIED.**   This matter is **CLOSED.**

                                                   /s/Robert J. Jonker
                                            Robert J. Jonker
                                  Chief United States District Judge

Dated:  February 22, 2016